DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABOR SZECSI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 3:20-cv-2621-VC <br><br> **STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** <br><br> Honorable Vince Chhabria |

      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 21, 2020. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary and moot.

      Plaintiffs filed this mandamus action on April 15, 2020, requesting United States Citizenship and Immigration Services ("USCIS") to take action on their petitions for U nonimmigrant status ("U visa petitions") and related applications for Employment Authorization Documents ("EAD"). ECF 1. Defendants' response to Plaintiffs' complaint currently is due on July 6, 2020.

The parties have been engaged in cooperative and productive communications regarding USCIS's agreement to expedite adjudication of Plaintiffs' U visa petitions for potential placement on the U visa waitlist, and Plaintiffs' EAD applications as well. In light of USCIS's plan to expedite adjudication of Plaintiffs' U visa petitions and EAD applications, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time. Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 21, 2020, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: July 2, 2020                             Respectfully submitted,

                                                DAVID L. ANDERSON
                                                United States Attorney

                                                *s/ Elizabeth D. Kurlan*
                                                ELIZABETH D. KURLAN
                                                Assistant United States Attorney

                                                *Attorneys for Defendants*

DATED: July 2, 2020

*s/ Marc Van Der Hout*
MARC VAN DER HOUT
JOHNNY SINODIS

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the proceedings in this case is stayed until August 21, 2020. The parties shall provide a joint status report by August 21, 2020.

IT IS SO ORDERED.

DATED: 7/18/2020

THE HON. VINCE CHHABRIA
United States District Judge